WEIL, Appellant, v. CALIFORNIA SAFE–DEPOSIT & TRUST CO., Respondent. (Su-

preme Court, Appellate Division, First Department. October 15, 1897.) Action by Max H. Weil against the California Safe-Deposit & Trust Company. H. L. Schouerman, for appellant. O. P. Buel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.